# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 9, 2020  **Time:** 9:00 – 9:53  **Judge:** MAXINE M. CHESNEY
= 53 minutes

**Case No.**: 20-cv-02951-MMC  **Case Name:** O'Brien Sales and Marketing, Inc. v. Transportation Insurance Company

**Attorney for Plaintiff:** Matthew Weiler
**Attorney for Defendant:** Geoffrey Godwin and Thomas Lloyd

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Marla Knox

### PROCEEDINGS

Defendant's Motion to Dismiss First Amended Complaint – held by Zoom Webinar.

Court granted motion with leave to amend for the reasons stated on the record.

Deadline to file Second Amended Complaint: November 2, 2020

Initial Case Management Conference continued from November 20, 2020 to February 5, 2021 at 10:30 AM.  Joint Case Management Conference Statement due by January 29, 2021.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          (X)   Court