IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'BRIEN SALES AND MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORTATION INSURANCE COMPANY, <br><br> Defendant. | Case No. 20-cv-02951-MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES** |

On December 14, 2020, plaintiff electronically filed its "Opposition to Transportation Insurance Company's Motion to Dismiss Plaintiff's Second Amended Complaint," as well as a declaration and exhibits in support thereof.

Given the large number of pages comprising said filings, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents. See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: December 22, 2020

MAXINE M. CHESNEY
United States District Judge