UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'BRIEN SALES AND MARKETING, INC., <br><br> Plaintiff. <br><br> v. <br><br> TRANSPORTATION INSURANCE COMPANY, <br><br> Defendant. | Case No. 20-cv-02951-MMC <br><br> **JUDGMENT IN A CIVIL CASE** <br><br> Re: Dkt. No. 52 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant's Motion to Dismiss the Second Amended Complaint is GRANTED, and the instant action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 1/12/2021

Susan Y. Soong, Clerk

*Tracy Geiger*
Tracy Geiger
Deputy Clerk