| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>APR 30 2021<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

O'BRIEN SALES AND MARKETING, INC.,

    Plaintiff-Appellant,

 v.

TRANSPORTATION INSURANCE COMPANY,

    Defendant-Appellee.

No.   21-15241

D.C. No. 3:20-cv-02951-MMC
Northern District of California,
San Francisco

ORDER

Appellee's motion (Docket Entry No. 22) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *Selane Products, Inc. v. Continental Casualty Co.*, No. 21-55123, or until further order of the court.

Appellee shall file a status report on July 29, 2021 and every 90 days thereafter while resolution of *Selane Products, Inc. v. Continental Casualty Co.* is pending.

Appellee shall notify the court by filing a status report within 7 days of the resolution of *Selane Products, Inc. v. Continental Casualty Co.*

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

GS 04/26/2021/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7